[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-14892
Non-Argument Calendar
_____

D.C. Docket No. 1:11-cr-00275-JRH-BKE-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TIQUELA N. MURRAY,
a.k.a. Kisha Jones,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(August 11, 2014)

Before WILSON, ANDERSON and EDMONDSON, Circuit Judges.

PER CURIAM:

Andrew A. Murdison, appointed counsel for Tiquela N. Murray, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED**, and Murray's conviction and sentence are **AFFIRMED.**